KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
JOHN L. SCHWAB (State Bar No. 301386)
John.Schwab@mto.com
MICA L. MOORE (State Bar No. 321473)
Mica.Moore@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Netflix, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOLLYWOOD INNOVATIONS GROUP LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>NETFLIX, INC., a Delaware Corporation, ZIP CINEMA CO. LTD., a South Korean Corporation, KAKAO ENTERTAINMENT CORP., a South Korean Corporation, PERSPECTIVE PICTURES CO. LTD, a South Korean Corporation, and Does 1-10, inclusive,<br><br>            Defendants. | Case No. 2:21-cv-9423<br><br>**DECLARATION OF JOHN L. SCHWAB IN SUPPORT OF DEFENDANT NETFLIX, INC.'S MOTION TO DISMISS**<br><br>Judge:  Hon. André Birotte Jr.<br>Date:    March 4, 2022<br>Time:    10:00 a.m.<br>Ctrm:    7B<br><br>Filed Concurrently: [1] Motion to Dismiss; [2] Declaration of Kyo-Hwa Chung; [3] [Proposed] Order; [4] Request for Judicial Notice; [5] Application for Leave to File Under Seal |

**DECLARATION OF JOHN L. SCHWAB**

I, John L. Schwab, declare as follows:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney at the law firm of Munger, Tolles & Olson, counsel for Netflix, Inc. ("Netflix") in the above-captioned matter.

2. I submit this declaration in support of Defendant Netflix's Motion to Dismiss. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

3. On January 26, 2022, I met and conferred with Plaintiff's counsel regarding Netflix's Motion to Dismiss. In addition to discussing the arguments now set forth in that Motion, I reiterated Netflix's request that Plaintiff agree to a further extension of time until Plaintiff could either serve the Korean co-defendants or determine those entities were not amendable to service. Plaintiff's counsel informed me that they were in the process of attempting to serve the Korean co-defendants via Hague protocols.

4. On January 28, 2022, I again met and conferred with Plaintiff's counsel regarding Netflix's requested extension, which Plaintiff took under consideration.

5. On January 31, 2022, Plaintiff's counsel informed me that Plaintiff would not agree to Netflix's requested extension.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 2nd day of February, 2022, at Los Angeles, California.

By: _/s/ John L. Schwab_
John L. Schwab