# EXHIBIT D

When the fact is admitted that some damages have been done, but it is difficult to estimate the amount of [*183] damage under

, the court may acknowledge a considerable amount of damage, in the light of the purport of pleading and the results of evidence examination.

Article 127 (Claim for Restoration of Reputation, etc.)

An author or performer may demand of the person who has infringed on the author's moral right or performer's moral right wilfully or by negligence to take measures necessary for the restoration of his/her reputation in lieu of or together with compensation for damages.

Article 128 (Protection of Author's Moral Interests after Death)

After the death of an author, his/her bereaved family (referring to the surviving spouse, children, parents, grand children, grand parents, brothers and sisters of the deceased author) or the executor of his/her will may, pursuant to

, claim compensation from a person who has violated or is likely to violate the provisions of

(2) in respect of the work concerned, [*184] or, may, pursuant to

, demand restoration of his/her reputation from a person who has infringed on author's moral right intentionally or by negligence or who has violated the provisions of

(2).

Article 129 (Infringement on Rights to Joint Work)

Each author of a joint work or each holder of author's economic right to a joint work shall be entitled to make the demand pursuant to

without the consent of other authors or other holders of author's economic right, or to claim compensation for damages to his/her share in a joint work regarding the infringement on author's economic right pursuant to

.