UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOLLYWOOD INNOVATIONS GROUP LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC., a Delaware Corporation, ZIP CINEMA CO. LTD., a South Korean Corporation, KAKAO ENTERTAINMENT CORP., a South Korean Corporation, PERSPECTIVE PICTURES CO. LTD, a South Korean Corporation, and Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-9423<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NETFLIX, INC.'S MOTION TO DISMISS**<br><br>Judge:  Hon. André Birotte Jr. |

1    Defendant Netflix, Inc. has filed a Motion to Dismiss Plaintiff's Complaint
2 under Fed. R. Civ. P. 12(b)(6), the doctrine of forum non conveniens, or
3 alternatively, Fed. R. Civ. P. 19, which came for hearing before this Court on March
4 4, 2022.
5    Having considered Defendant's papers, and good cause appearing therefore,
6    IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is
7 GRANTED.
8    [Plaintiff's Complaint is dismissed with prejudice for failure to state a claim
9 under Fed. R. Civ. P. 12(b)(6).]
10    [*or, alternatively*]
11    [Plaintiff's Complaint is dismissed under the doctrine of forum non
12 conveniens.]
13    [*or, alternatively*]
14    [Plaintiff's Complaint is dismissed with prejudice for failure to join an
15 indispensable party under Fed. R. Civ. P. 19.]
16
17 IT IS SO ORDERED.
18
19 DATED: ___, 2022
20                                                  _____
                                                    Hon. André Birotte Jr.
21                                                  United States District Judge