# EXHIBIT B
# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL