Peter R. Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
John Tehranian (Bar No. 211616)
jtehranian@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA  92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

**BAY ADVOCACY PLLC**
Maximillian Amster (*Pro Hac Vice*)
Samuel J Salario, Jr. *(Pro Hac Vice)*
1700 S. MacDill Avenue, Suite 300
Tampa, Florida 33629

Attorneys for Plaintiff,
Hollywood Innovations Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HOLLYWOOD INNOVATIONS GROUP, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation; ZIP CINEMA CO., LTD., a South Korea corporation; PERSPECTIVE PICTURES CO., LTD.,a South Korea corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-09423-AB(GJSx)<br>Hon. Andre Birotte, Jr<br><br>**DECLARATION OF SAMUEL J. SALARIO, JR. IN OPPOSITION TO MOTION TO DISMISS**<br><br>Complaint Filed: December 6, 2021 |

**DECLARATION OF SAMUEL J. SALARIO, JR.**

# DECLARATION OF SAMUEL J. SALARIO, JR.

I, Samuel J. Salario, Jr., declare as follows:

1. I am over eighteen years of age and am competent to make this Declaration. I have personal knowledge of the facts stated herein and, if called upon to testify, could and would competently testify thereto. I am with the firm Bay Advocacy, PLLC in Tampa, Florida, and, along with Peter Afrasiabi and John Tehranian of One, LLP, am counsel for Plaintiff Hollywood Innovations Group, LLC ("HIG") in this action.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of the home page of the website for Perspective Pictures Co., Ltd., which I obtained by visiting https://www.perspective-us.com/company on February 25, 2022.

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of the Producers page of the website for Perspective Pictures, which I obtained by visiting https://www.perspective-us.com/producers-1 on February 25, 2022.

4. Attached to this Declaration as Exhibit 3 is a true and correct copy of the Linkedin profile of Rommy Kim, which I obtained by visiting https://www.linkedin.com/in/rommy-kim-45993921 on February 25, 2022. In the "About" section of the profile, Ms. Kim identifies herself as Saerom Kim.

5. Attached to this Declaration as Exhibit 4 is a true and correct copy of the Linkedin profile of Esther Young, which I obtained by visiting https://www.linkedin.com/in/esther-young-974714105 on February 25, 2022.

6. On January 27, 2022, Mr. Tehranian and I spoke by telephone with a Los Angeles-based lawyer who stated that he represented Zip Cinema Co., Ltd. and Perspective Pictures. Among other things, the lawyer stated that Zip and Perspective are not subject to personal jurisdiction in the United States, will not accept service of process in this action, and will insist on process being served through the Hague Convention.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February 2022, in Tampa, Florida.

By: /s/ *Samuel J. Salario, Jr.*
Samuel J. Salario, Jr.

**DECLARATION OF SAMUEL J. SALARIO, JR.**