Peter R. Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
John Tehranian (SBN 211616)
jtehranian@onellp.com
Chris Skinner (SBN 342830)
cskinner@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Samuel J Salario, Jr. *(Pro Hac Vice)*
**LAWSON HUCK GONZALEZ, PLLC**
1700 South MacDill Ave., Suite 300
Tampa, Florida 33629

Attorneys for Plaintiff,
Hollywood Innovations Group, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| HOLLYWOOD INNOVATIONS GROUP, LLC, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., a Delaware corporation; ZIP CINEMA CO., LTD., a South Korea corporation; KAKAO ENTERTAINMENT CORP., a South Korean Corporation, PERSPECTIVE PICTURES CO., LTD.,a South Korea corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:21-cv-09423-TJH-MRW <br> Hon. Terry J. Hatter, Jr <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendant Kakao Entertainment Corp. was dismissed by stipulation on May 2, 2022 (Dkt #88).

Defendants Zip Cinema Co., Ltd. and Perspective Pictures Co., Ltd. were dismissed for lack of personal jurisdiction on August 7, 2023 (Dkt #161).

IT IS HEREBY STIPULATED by and between Plaintiff Hollywood Innovations Group ("HIG") and Defendant Netflix, Inc. ("Netflix"), through their undersigned designated counsel, that all of HIG's claims against Netflix are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(1) with each party to bear its own fees and costs.

Dated: September 21, 2023        **ONE LLP**

By: */s/ Peter Afrasiabi*
Peter Afrasiabi, Esq.
John Tehranian, Esq.
Chris Skinner
**ONE LLP**

Samuel J Salario Jr., Esq.
**BRANNOCK HUMPHRIES & BERMAN**

*Attorneys for Plaintiff,*
*Hollywood Innovations Group, LLC*

Dated: September 21, 2023        **MUNGER, TOLLES & OLSON LLP**

By: */s/ Kelly M. Klaus*
Kelly M. Klaus
John L. Schwab
Stephanie Herrera

*Attorneys for Defendant,*
*Netflix, Inc.*

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**FILERS ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that each of the above signatories have concurred in the filing of this document.

By:   /s/ *Kelly M. Klaus*
       Kelly M. Klaus